IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH E. JOSEPH,<br><br>             Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br><br>             Defendant. | 8:12CV0146<br><br>CONSENT ORDER |

The above-captioned action was randomly assigned to the undersigned magistrate judge for final disposition. The case cannot be ruled on by the assigned magistrate judge unless all parties consent to final disposition by a magistrate judge. If the parties do not so consent, the case will be reassigned to a district judge.

Accordingly,

IT IS ORDERED that to avoid any delay in resolving this action,

1) If the parties consent to final disposition of the case by the undersigned magistrate judge, on or before **August 10, 2012** they shall complete the "CONSENT TO RANDOM ASSIGNMENT TO MAGISTRATE JUDGE" located on the court's website at http://www.ned.uscourts.gov/forms/. After all parties have signed this form, e-mail it in .pdf format to consent@ned.uscourts.gov. Do not electronically file this form or submit it to chambers.

2) In the absence of timely submitting the attached form in accordance with paragraph (1) of this order, the case will be reassigned to a district judge.

3) The Clerk shall set a case management deadline of to August 13, 2012 review the issue of case reassignment.

Dated this 10th day of July, 2012.          BY THE COURT:

                                             *s/ Cheryl R. Zwart*
                                             United States Magistrate Judge